UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-CV-21594-KMM**

RENZO BARBERI,

       Plaintiff,

       vs.

REX AUTO SERVICE CORP, a Florida Profit Corporation; ERNEST A. DE BOLIAC and VIRGINIA M. BOLIAC, Individuals,

       Defendants.
_____/

**NOTICE OF SERVING DEFENDANT REX AUTO SERVICE CORP., RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

    COMES NOW the Defendant, REX AUTO SERVICE CORP. (hereinafter "REX AUTO"), by and through the undersigned counsel, hereby files this notice of serving responses to the Plaintiff's First Request for Production, on this 1st day of September, 2017.

    Respectfully submitted,

    **JULIO GUTIERREZ, P.A.**
    2464 S.W. 137 Avenue
    Miami, Florida 33175
    Tel: (305) 325-8600
    Fax: (305) 553-9313

    /s/ Julio Gutierrez

    JULIO GUTIERREZ
    Florida Bar no.602426
    jgpa@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on September 1, 2017, by the Law Office of Julio Gutierrez, P.A., via CM/ECF to:

**The Advocacy Law Firm, P.A.**, *Attorneys for Plaintiff, Renzo Barberi,* c/o Ronald Stern, ronsternlaw@gmail.com; and

**Phelps Dunbar, LLP**, *Attorneys for Defendants*, *Ernest A. De Boliac* and *Virginia M. Boliac*, Raquel Ramirez Jefferson, Esq., Raquel.jefferson@phelps.com

   /s/ Julio Gutierrez, Esq.
Julio Gutierrez, Esq.
FBN: 602426